# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN GRIFFIN,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | **CIVIL ACTION NO. 19-CV-2232** |
| | : | |
| **JOHN WETZEL,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 4th day of November, 2019, upon consideration of Plaintiff John Griffin's *pro se* Amended Complaint (ECF No. 14), it is **ORDERED** that the Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

The Clerk of Court shall **CLOSE** this case.

                                                    **BY THE COURT:**

                                                    **/s/Wendy Beetlestone, J.**

                                                    **WENDY BEETLESTONE, J.**