# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN GRIFFIN, : | |
|     Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. 19-CV-2232 |
| : | |
| JOHN WETZEL, *et al.*, : | |
|     Defendants. : | |

## ORDER

AND NOW, this 9th day of July, 2020, upon consideration of Plaintiff John Griffin's *pro se* "Amended Complaint" (ECF No. 20), which the Court deems to be a Second Amended Complaint, it is **ORDERED** that:

1. All federal law claims contained in the Second Amended Complaint are **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. All state law claims contained in the Second Amended Complaint are **DISMISSED WITHOUT PREJUDICE** for want of subject matter jurisdiction.

3. The Clerk of Court shall **CLOSE** this case.

                                            **BY THE COURT:**

                                            /s/Wendy Beetlestone, J.

                                            **WENDY BEETLESTONE, J.**